IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BUMBLE TRADING INC. and BUMBLE HOLDING, LTD** | § § § § | |
| **Plaintiffs/Counter-Defendants,** | § § | No. 6:18-cv-00350-ADA |
| v. | § § | |
| **MATCH GROUP, LLC** | § § § | |
| **Defendant/Counter-Plaintiff.** | § § § | |

## JOINT MOTION TO DISMISS

Pursuant to the parties' agreements filed at 18-cv-350 Dkt. 68, Plaintiffs Bumble Trading Inc. and Bumble Holding, Ltd. and Defendant Match Group, LLC respectfully request that the Court enter the order attached as Exhibit A. This Order will resolve all pending issues in this 18-cv-350 matter, and the case may be closed.

1

Dated: March 5, 2019

Respectfully submitted,

**CALDWELL CASSADY CURRY P.C.**

/s/ *Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Marc Wolinsky (admitted *pro hac vice*)
Stephen R. DiPrima (admitted *pro hac vice*)
Nathaniel D. Cullerton (admitted *pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone:  212-403-1000
Facsimile:  212-403-2000

**ATTORNEYS FOR
MATCH GROUP, LLC**

*/s/ Matthew D. Caplan (by permission)*
Matthew D. Caplan (*Pro Hac Vice*)
CA Bar No. 260388
Michael G. Rhodes (*Pro Hac Vice*)
CA Bar No. 116127
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone (415) 693-2000
Facsimile: (415) 693-2222
mrhodes@cooley.com
mcaplan@cooley.com

Joseph M. Drayton (*Pro Hac Vice*)
NY Bar No. 2875318
**COOLEY LLP**
1114 Avenue of the Americas

>New York, NY 10036
>Telephone: (212) 479-6000
>Facsimile: (212) 479-6275
>jdrayton@cooley.com
>
>Rose S. Whelan (*Pro Hac Vice*)
>DC Bar No. 999367
>**COOLEY LLP**
>1299 Pennsylvania Ave., NW
>Suite 700
>Washington, DC 20004
>Tel: (202) 842-7800
>Fax: (202) 842-7899
>rwhelan@cooley.com
>
>Deron R Dacus (TX 00790553)
>**THE DACUS FIRM, P.C.**
>821 ESE Loop 323, Suite 430
>Tyler, TX 75701
>Telephone: 903-705-1117
>Facsimile: 903-581-2543
>ddacus@dacusfirm.com
>
>***Attorneys for Plaintiffs/Counter-Defendants:
>Bumble Trading, Inc. And Bumble Holding
>Ltd.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019 a copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF system.

>/s/ *Bradley W. Caldwell*
>Bradley W. Caldwell

3