FILED

MAR 0 5 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MATCH GROUP, LLC <br><br> Defendant/Counter-Plaintiff. | No. 6:18-cv-00350-ADA |

# ORDER

Before the Court is Match Group, LLC's and Bumble Trading Inc. and Bumble Holding, Ltd.'s Joint Motion to Dismiss. After considering the motion, the Court concludes that the motion should be and is hereby **GRANTED**.

Bumble Trading Inc. and Bumble Holding, Ltd.'s claims in this matter are **DISMISSED WITH PREJUDICE**.

Match Group, LLC's counterclaims 1-6 in this matter are **DISMISSED WITHOUT PREJUDICE**.

Match Group, LLC's counterclaims 7-11 in this matter are **DISMISSED WITH PREJUDICE**.

The dismissal of Bumble Trading Inc. and Bumble Holding, Ltd.'s claims does not preclude or affect Bumble Trading, Inc. and Bumble Holding, Ltd.'s ability to raise the allegations and claims set forth in Dkt. 59-1 of this matter.

1

The dismissal of Match Group, LLC's counterclaims does not preclude or affect Match Group, LLC from raising all defenses (including affirmative defenses) to the allegations and claims alleged in Dkt. 59-1 of this matter, or any other defenses (including affirmative defenses) to any distinct allegations or claims Bumble Trading Inc., Bumble Holding, Ltd., or any related or affiliated company may raise in the future.

Plaintiffs' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41 [Dkt. 23] is **DENIED** as moot. Plaintiffs' Motion to Dismiss for Lack of Jurisdiction and Motion to Dismiss for Failure to State a Claim [Dkt. 33] is **DENIED** as moot. Plaintiffs' Motion for Leave to File to File Petition in State Court [Dkt. 59] is **DENIED** as moot. All relief not granted in this 18-cv-350 matter is **DENIED.**

This is a final judgment.

IT IS SO ORDERED this 5th day of March, 2019.

_____
Honorable Alan D. Albright
United States District Judge